Filed 7-3-18

Clerk, U. S. District Court
Western District of Texas

By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) EP-15-CR-1569-FM |
| | ) |
| ALEJANDRO HERNANDEZ | ) |

### ORDER REVOKING SUPERVISED RELEASE

On July 3, 2018, came to be considered the amended motion to revoke supervised release in the above styled and numbered cause. The Defendant appeared in person and by and through his counsel of record and the Government appeared by and through its Assistant United States Attorney. After hearing the evidence, the Court found that the Defendant, ALEJANDRO HERNANDEZ, had violated the conditions of supervised release imposed by virtue of the judgment entered herein on January 7, 2016, in that he was convicted of a new offense of illegally reentering the United States without legal documents. The Court further found that continuing the Defendant on supervised release would no longer serve the ends of justice, and that the amended motion to revoke supervised release should be granted.

It is therefore ORDERED that the amended motion to revoke supervised release filed herein on June 8, 2018, be, and it is hereby, GRANTED.

It is further ORDERED that the supervised release of Defendant ALEJANDRO HERNANDEZ be, and it is hereby, REVOKED.

It is further ORDERED that the Defendant be, and he is hereby, COMMITTED to the custody of the Bureau of Prisons for a term of time served.

No further term of supervised release is imposed in this cause.

SIGNED and ENTERED this 3rd day of July, 2018.

FRANK MONTALVO
United States District Judge